## (March 26, 1956)

■ FRIEDA LESSER, Individually and as Administratrix of the Estate of RAPHAEL RINGELHEIM, Deceased, Appellant, v. SIDNEY L. RINGELHEIM, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy and Ughetta, JJ.; Kleinfeld, J:, not voting. [See *ante,* p. 843.]

■ LENA MASCIOLI, Appellant, v. DOMINICK MASCIOLI, Respondent.— Motion referred to the court that rendered the decisions. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument of appeal and for reargument of motion for reargument of appeal denied, without costs. Present— Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [See *ante,* p. 833.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY CHIRIELEISON, Appellant.— Motion to resettle order entered February 20, 1956, denied. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. [See *ante,* p. 844.]

■ BARRICINI, INC., et al., Appellants, v. BARRICINI SHOES, INC., et al., Respondents.— In an action to restrain the use of the name "Barricini" by respondents and for other relief, the appeal is from an order denying appellants' motion to restrain such use during the pendency of the action. Order affirmed, without costs. There was no showing by appellants of such irreparable injury and such a clear right to the relief demanded as would warrant the granting of a temporary injunction affording them substantially all the relief which they could obtain if they were successful after trial. (Cf. *Clark* v. *King & Bro. Pub. Co.,* 40 App. Div. 405, 408; *Weiss* v. *Herlihy,* 23 App. Div. 608, 612, and *Tru Val Manufacturers* v. *Tru-Valu Corner,* 1 Misc 2d 844.) Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ., concur.

■ REBECCA BROWN et al., Respondents, v. CITY OF NEW YORK, Appellant. — In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from an order denying appellant's motion to dismiss the complaint for lack of prosecution pursuant to section 181 of the Civil Practice Act and rule 156 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. (Cf. *Majestic Refrig. Corp.* v. *Stassou,* 283 App. Div. 729.) Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ., concur.